UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-10288-RGS
CIVIL ACTION NO. 05-11518-RGS

UNITED STATES OF AMERICA,
ex rel. BERNARD LISITZA

v.

JOHNSON & JOHNSON, ORTHO-McNEIL-JANSSEN
PHARMACEUTICALS, INC., and
JOHNSON & JOHNSON HEALTH CARE

ORDER ON PROPOSED CASE MANAGEMENT SCHEDULE

May 3, 2011

STEARNS, D.J.

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(B), the court orders the

following pretrial schedule:

Initial disclosures should have been exchanged on April 18, 2011; fact discovery

will close on February 17, 2012; disclosure of plaintiffs' experts and reports due by

March 30, 2012; disclosure of defendants' experts and reports due by May 15, 2012;

disclosure of any rebuttal experts and reports due by June 15, 2012; and all expert

discovery must be complete by July 31, 2012.  Any motions for summary judgment,

including any cross-motions must be filed by September 28, 2012; oppositions due by

November 15, 2012; and replies due no later than December 3, 2012. A sur-reply may

be filed only with leave of court.

      With regard to discovery, the court will permit twenty(20) depositions per side

without leave of court. Otherwise, the court adopts the parties' proposed protocols

regarding document production and depositions.

                            SO ORDERED.

                            /s/ Richard G. Stearns

                            _____

                            UNITED STATES DISTRICT JUDGE