UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.* *ex rel.* BERNARD LISITZA and DAVID KAMMERER<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON, ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.,<br><br>Defendants. | Civil Action No. 07-10288-RGS<br>Civil Action No. 05-11518-RGS |

## STIPULATION OF DISMISSAL

Civil Actions Nos. 07-10288-RGS and 05-11518-RGS (the "Civil Actions") are actions under the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-3733, and the *qui tam* provisions of the Massachusetts, California and Virginia state false claims acts, filed by relators Bernard Lisitza ("Lisitza") and David Kammerer ("Kammerer") against, *inter alia*, Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc., and Johnson & Johnson Health Care Systems, Inc. (collectively "J&J"). The Court previously dismissed Kammerer as a relator in the Civil Actions. The Commonwealths of Massachusetts, Kentucky and Virginia and the States of California and Indiana (collectively the "Intervening States") intervened in the Civil Actions, asserting state law claims against J&J, and subsequently filed their State Complaints-in-Intervention.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the *qui tam* provisions of the U.S. False Claims Act, 31 U.S.C. §3730(b)(1), the Massachusetts False Claims Act, Mass. Gen. Laws Ch. 12 §5C(2), the California False Claims Act, Cal. Gov't Code § 12652 (c)(1), and the Virginia False Claims Act, Va. Code § 8.01-216.5(A), and in accordance with the terms of the settlement agreements among the Intervening States, J&J and Lisitza (the "Settlement Agreements"), the case having been resolved to the parties' satisfaction, the parties hereby stipulate, through their undersigned counsel, to the entry of an order (1) dismissing with prejudice all claims asserted by the Intervening States against J&J in the State Complaints-in-Intervention; (2) dismissing with prejudice to Lisitza and without Prejudice to the Intervening States all remaining claims against J&J in the Third Amended Complaint of Lisitza, except the request for attorneys' fees and costs pursuant to 31 U.S.C. §3730(d) and the analogous provisions of the applicable state false claims acts; and (3) dismissing without prejudice to the Intervening States all remaining claims against J&J in Kammerer's Second Amended Complaint.

The parties respectfully request that the Court enter an order in the form of the attached proposed order.

Dated:  November 25, 2013                                          Respectfully Submitted,

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS<br><br>By its attorney,<br><br>MARTHA COAKLEY<br>Attorney General<br><br><br>/s/Robert Patten_____<br>Robert Patten, BBO #555287<br>robert.patten@state.ma.us<br>Assistant Attorney General<br>Office of the Attorney General<br>Medicaid Fraud Division<br>One Ashburton Place, Room 1813<br>Boston, MA 02108-1518<br>(617) 727-2200 | JOHNSON & JOHNSON, ORTHO-McNeil-JANSSEN PHARMACEUTICALS, INC., and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.,<br><br>By their attorneys,<br><br>/s/Mark D. Seltzer<br>NIXON PEABODY, LLP<br>Mark D. Seltzer, BBO#556341<br>100 Summer Street<br>Boston, MA 02110<br>Telephone: (617) 345-1000<br>Fax: (866) 382-6125<br>Email: mseltzer@nixonpeabody.com |
| COMMONWEALTH OF KENTUCKY<br><br>By its attorney,<br><br><br>JACK CONWAY<br>Attorney General<br><br><br>/s/ LeeAnne Applegate_____<br>LeeAnne Applegate, Bar #19537<br>Assistant Attorney General<br>Office of the Kentucky Attorney General<br>1024 Capital Center Dr., Ste. 200<br>Frankfort, KY 40601<br>(502) 696-5503<br>LeeAnne.Applegate@ag.ky.gov | SIDLEY AUSTIN LLP<br><br>William Sarraille<br>Mark Hopson<br>Robert D. Keeling<br>Hae-Won Min Liao<br>Gordon D. Todd<br><br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 736-8760<br>Fax: (202) 736-8711<br>Email: wsarraille@sidley.com<br>Email: mhopson@sidley.com<br>Email: rkeeling@sidley.com<br>Email: hminliao@sidley.com<br>Email: gtodd@sidley.com |

| COMMONWEALTH OF VIRGINIA | PATTERSON BELKNAP WEBB & TYLER LLP |
|---|---|
| /s/ Kimberly M. Bolton_____<br>Kimberly M. Bolton, VSB # 80006<br>Assistant Attorney General<br>Virginia Office of the Attorney General<br>900 East Main Street<br>Richmond, Virginia 23219<br>(804) 786-4619<br>(804) 786-0807 – facsimile<br>kbolton@oag.state.va.us<br><br>/s/ Candice Deisher_____<br>Candice Deisher, VSB#75006<br>Assistant Attorney General<br>Virginia Office of the Attorney General<br>900 East Main Street<br>Richmond, Virginia 23219<br>(804) 786-6017<br>(804) 786-0807 – facsimile<br>cdeisher@oag.state.va.us<br><br>STATE OF CALIFORNIA<br><br>KAMALA D. HARRIS<br>Attorney General of the State of California<br><br>By: /s/ Siobhan A. Franklin<br>Siobhan A. Franklin, Deputy Attorney General<br><br>Lead Attorney, Civil Prosecutions Unit<br>California Attorney No. 175747<br>Office of the Attorney General<br>Bureau of Medi-Cal & Elder Abuse<br>1455 Frazee Road, Suite 315<br>San Diego, California 92108<br>(619) 688-6071<br>(619) 688-4200 (Fax)<br>Siobhan.Franklin@doj.ca.gov | Daniel Ruzumna<br>Catherine Williams<br><br>1133 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 336-2000<br>Fax: (212) 336-1205<br>Email: druzumna@pbwt.com<br><br>BERNARD LISITZA,<br><br>By his attorneys,<br><br><br>/s/ Michael I. Behn_____<br>BEHN & WYETZNER, CHTD<br>Michael I. Behn<br>Linda Wyetzner<br>William Thomas<br>828 Davis Street, Suite 303<br>Evanston, Illinois 60201<br>(312) 629-0000 |

| | |
|---|---|
| STATE OF INDIANA<br><br>By its attorney,<br><br>GREGORY F. ZOELLER<br>Attorney General<br><br>By: /s/ Lawrence J. Carcare II<br>Lawrence J. Carcare II<br>Indiana Bar No. 18557-49<br>Deputy Attorney General<br>Office of the Attorney General<br>Medicaid Fraud Control Unit<br>8005 Castleway Drive<br>Indianapolis, IN 46250-1946<br>(317) 915-5319<br>(317) 232-7979 (Fax)<br>Lawrence.Carcare@atg.in.gov | |

## CERTIFICATE OF SERVICE

I hereby certify that this document with any attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as nonregistered participants.

Dated:  November 25, 2013

/s/Robert Patten_____