# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Bernard Lisitza et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON, ORTHO-MCNEIL JANSSEN PHARMACEUTICALS, INC., and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC., <br><br> Defendants. | Civil Action No. 1:07-cv-10288-RGS |

## NOTICE OF SETTLEMENT

Plaintiff-Relator Bernard Lisitza, by and through his attorneys Behn & Wyetzner, Chartered, and Defendants Johnson & Johnson, Ortho-McNeil Janssen Pharmaceuticals, Inc., and Johnson & Johnson Health Care Systems, Inc., by and through their attorneys Sidley Austin LLP, hereby give notice that on February 25, 2014, the parties reached a settlement in principle on the issue of Relator's attorneys' fees. Therefore, it will not be necessary for Relator to file a fee petition, which per the Court's Order would have been due on Monday, March 3, 2014. The parties are diligently working to finalize the settlement in written form and expect to be able to file a stipulated dismissal by March 14, 2014.

DATED: February 28, 2014                    Respectfully submitted,

/s/ Howard Friedman
Howard Friedman
BBO #180080
**Law Offices of Howard Friedman, P.C.**
90 Canal Street, 5th Floor
Boston, MA 02114-2022
(617) 742-4100
hfriedman@civil-rights-law.com

Linda Wyetzner
William W. Thomas
**Behn & Wyetzner, Chtd.**
500 N. Michigan Avenue
Suite 850
Chicago, IL 60611
 (312) 629-0000
lwyetzner@behnwyetzner.com
wthomas@behnwyetzner.com

Brian P. Kenney
**Kenney & McCafferty, P.C.**
1787 Sentry Parkway West
Suite 410 Building 18
Blue Bell, PA 19422
(215) 367-4333
bkenney@kenneymccafferty.com

Attorneys for Relator Bernard Lisitza

/s/ Robert Keeling (HF)
Robert Keeling
**Sidley Austin LLP**
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8396
rkeeling@sidley.com

Attorney for Defendants Johnson & Johnson, Ortho-McNeil Janssen Pharmaceuticals, Inc., and Johnson & Johnson Health Care Systems, Inc.

2

**CERTIFICATE OF SERVICE**

I certify that on this day I caused a true copy of the above Document to be served upon the attorney of record for all parties.

Date:  February 28, 2014                    /s/ Howard Friedman
                                            Howard Friedman