# STATE SETTLEMENT AGREEMENT AMENDMENT

This Settlement Agreement Amendment ("Amendment") is entered into among: the Commonwealth of Kentucky (the "State"); and Johnson & Johnson, Johnson & Johnson Health Care Systems, Inc. and Janssen Pharmaceuticals, Inc. (collectively "Defendants"). The State and Defendants are collectively referred to as the "Parties".

This Amendment modifies the State Settlement Agreement in *United States of America et al., ex rel. Lisitza v. Pfizer, Inc. Bristol Myers Squibb Co., and Ortho-McNeil Pharmaceutical, Inc.* Civil Action No. 07-10288 and *United States ex rel Kammerer v. Abbott Labs, et al.,* Civil Action No. 05-286 ("Agreement").

NOW THEREFORE, the Parties agree as follows:

1. Pursuant to paragraph number 21 of the Agreement, the parties amend to specify allocation of the settlement amount by the State. The amount paid by Defendants allocated to the State under the Agreement was $2,029,225.56. Defendants take no position on the allocation of this amount by the State. The State hereby allocates $1,911,986.90 to the Department of Medicaid Services and $117,238.66 to the Office of the Attorney General for its reasonable costs of litigation in this matter. Defendants take no position on the reasonableness of this amount or its underlying calculation. This allocation in no way obligates Defendants to pay any additional amount to the State regarding this Settlement.

2. All other provisions of the Settlement Agreement remain unchanged and in full force and effect.

3. This Amendment may be executed in counterparts, each of which shall constitute and original, and all of which shall constitute one and the same Amendment.

### ON BEHALF OF THE COMMONWEALTH OF KENTUCKY

By: _____  Dated: _____
Michael E. Brooks
Executive Director, Medicaid Fraud and Abuse Control
OFFICE OF THE ATTORNEY GENERAL
1024 Capital Center Drive
Frankfort, KY 40601

By: *LD Lee for L.K.*  Dated: 3-4-14
Lawrence Kissner
Commissioner, Department of Medicaid Services
Cabinet for Health and Family Services
275 East Main St.
Frankfort, KY 40601

### ON BEHALF OF DEFENDANTS

By: *Mark Jensen*  Dated: 3-7-14
Christopher A. Wray
Mark A. Jensen
Brandt Leibe
KING & SPALDING LLP

COUNSEL FOR DEFENDANTS

2

3. This Amendment may be executed in counterparts, each of which shall constitute and original, and all of which shall constitute one and the same Amendment.

**ON BEHALF OF THE COMMONWEALTH OF KENTUCKY**

By: *Michelle Rudovich* For      Dated: 3/3/14
Michael E. Brooks *(Michelle Rudovich, Asst. Director)*
Executive Director, Medicaid Fraud and Abuse Control
OFFICE OF THE ATTORNEY GENERAL
1024 Capital Center Drive
Frankfort, KY 40601


By: _____      Dated: _____
Lawrence Kissner
Commissioner, Department of Medicaid Services
Cabinet for Health and Family Services
275 East Main St.
Frankfort, KY 40601


**ON BEHALF OF DEFENDANTS**

By: _____      Dated: _____
Christopher A. Wray
Mark A. Jensen
Brandt Leibe
KING & SPALDING LLP

COUNSEL FOR DEFENDANTS

2